IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SUSIE H. LEE | § | CASE NO. 14-60725 |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | |

## NOTICE

Please be advised that the new mailing address for the Debtor in the above bankruptcy proceeding is

**3306 Jefferson St.
Austin, TX 78703**

/s/ William H. Lively, Jr.
William H. Lively, Jr.
Attorney at Law
432 S. Bonner Ave.
Tyler, Texas 75702
(903) 593-3001

## CERTIFICATE OF SERVICE

This is to hereby certify that a true and correct copy of the above and foregoing notice has been forwarded via United States First Class Mail, postage prepaid, the parties on the attached mailing list on November 14, 2016.

/s/ William H. Lively, Jr.
William H. Lively, Jr.

*SERVICE LIST OMITTED FROM MAIL OUT COPIES TO SAVE
EXPENSE.  COPY OF SERVICE LIST AVAILABLE UPON REQUEST*